IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARY JACKSON,

        Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3838

Opinion filed January 22, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Gary Jackson, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review,
Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.